No. 05-7218. LAWSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. ▮

No. 05-7748 (05A480). NANCE v. NORRIS, SUPERINTENDENT, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE GINSBURG would grant the application for stay of execution. ▮

No. 05-7751 (05A483). NANCE v. HOWARD ET AL. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 04-1438. DRURY v. UNITED STATES, *ante*, p. 813;

No. 04-1536. JAFFE v. KAISER FOUNDATION HOSPITAL ET AL., *ante*, p. 816;

No. 04-1573. DASH v. PATENT AND TRADEMARK OFFICE, *ante*, p. 818;

No. 04-1576. WHITFIELD v. ALABAMA SECURITIES COMMISSION ET AL., *ante*, p. 818;

No. 04-1630. POWELL v. FIDELITY NATIONAL FINANCIAL, INC., ET AL., *ante*, p. 821;

No. 04-1636. MADDEN ET AL. v. DELOITTE & TOUCHE, LLP, ET AL., *ante*, p. 821;

No. 04-1664. IN RE HEIMERMANN, *ante*, p. 808;

No. 04-1669. SHESHTAWY ET AL. v. SHESHTAWY, *ante*, p. 823;

No. 04-1675. MERRITT v. UNITED STATES ET AL., *ante*, p. 824;

No. 04-1676. MERCER v. THOMAS ET AL., *ante*, p. 824;

No. 04-1685. DUVALL v. SACRAMENTO SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS ET AL., *ante*, p. 824;

No. 04-1686. REILLY v. WEISS ET AL., *ante*, p. 824;

No. 04-1687. DAVIDSON ET AL. v. VIVRA INC. ET AL.; and DAVIDSON v. MEEHAN ET AL., *ante*, p. 824;

No. 04-1730. SCHWIEGERATH v. SCHWIEGERATH, *ante*, p. 826;

No. 04-9356. CLEMONS v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 828;

No. 04–9517. MARES v. UNITED STATES, *ante*, p. 828;

No. 04–9627. BALLINGER v. UNITED STATES, *ante*, p. 829;

No. 04–10012. HOLLOWAY v. MCI TELEPHONE CO. ET AL., *ante*, p. 834;

No. 04–10017. TAYLOR v. DIVISION OF DELAWARE POLICE ET AL., *ante*, p. 834;

No. 04–10151. GUINN, AKA QUINN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 839;

No. 04–10162. HARRIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 839;

No. 04–10168. ROBERSON v. UNITED STATES, *ante*, p. 840;

No. 04–10194. KEY v. BETT, WARDEN, *ante*, p. 841;

No. 04–10206. YEKIMOFF v. SEASTRAND ET AL., *ante*, p. 841;

No. 04–10239. REXELLE v. CALIFORNIA, *ante*, p. 842;

No. 04–10241. PARSON v. WILMER HUTCHINS INDEPENDENT SCHOOL DISTRICT, *ante*, p. 842;

No. 04–10247. HULTZ v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, *ante*, p. 842;

No. 04–10302. COSTA v. YOUNG ET AL., *ante*, p. 845;

No. 04–10347. RENEE v. PENNSYLVANIA, *ante*, p. 847;

No. 04–10411. WINSTON v. VIRGINIA, *ante*, p. 850;

No. 04–10429. IN RE BELLON, *ante*, p. 809;

No. 04–10470. MORA v. FLORIDA, *ante*, p. 853;

No. 04–10473. WOLF ET AL. v. UNITED STATES, *ante*, p. 853;

No. 04–10475. CHUMPIA v. MICHIGAN STATE UNIVERSITY ET AL., *ante*, p. 853;

No. 04–10486. GARCIA v. ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES ET AL., *ante*, p. 854;

No. 04–10503. RONE v. BOOKER, WARDEN, *ante*, p. 855;

No. 04–10512. ANTONIO v. PEARSON, WARDEN, *ante*, p. 856;

No. 04–10569. BENNER v. COYLE, WARDEN, *ante*, p. 859;

No. 04–10580. RICHARDSON v. UNITED STATES, *ante*, p. 859;

No. 04–10582. REVELS v. WIMP ET AL., *ante*, p. 860;

No. 04–10668. TURNER v. HOWERTON, WARDEN, *ante*, p. 864;

No. 04–10670. IN RE VAUGHAN, *ante*, p. 809;

No. 04–10672. BATES v. BELL, WARDEN, *ante*, p. 865;

No. 04–10692. WHEELER v. FLORIDA, *ante*, p. 866;

No. 04–10696. DEUTSCH v. UNITED STATES, *ante*, p. 866;

No. 04–10698.   IRONS *v.* UNITED STATES, *ante,* p. 866;

No. 05–81.   LaFONTAINE *v.* UNITED STATES, *ante,* p. 873;

No. 05–125.   ASTER *v.* ASTER, *ante,* p. 875;

No. 05–133.   McWILLIAMS *v.* AMSTAFF ET AL., *ante,* p. 875;

No. 05–303.   JONES *v.* PENNSYLVANIA, *ante,* p. 939;

No. 05–5016.   IN RE DENNIS, *ante,* p. 809;

No. 05–5077.   MARTIN *v.* UNITED STATES, *ante,* p. 881;

No. 05–5088.   YAKOVLEV *v.* GONZALES, ATTORNEY GENERAL, *ante,* p. 882;

No. 05–5111.   ALCORN *v.* UNITED STATES, *ante,* p. 883;

No. 05–5144.   SERRANO *v.* WASHINGTON COUNTY, OREGON, ET AL., *ante,* p. 885;

No. 05–5168.   FIELDS *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, *ante,* p. 887;

No. 05–5174.   MATHIS *v.* UNITED STATES, *ante,* p. 887;

No. 05–5201.   GOODRICH *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 889;

No. 05–5231.   JOHNSON *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 890;

No. 05–5234.   NEIDIG *v.* UNITED STATES, *ante,* p. 890;

No. 05–5287.   JACKSON *v.* UNITED STATES, *ante,* p. 893;

No. 05–5353.   ROWE *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 897;

No. 05–5377.   CARSWELL, ADMINISTRATRIX OF THE ESTATE OF CARSWELL, DECEASED *v.* BOROUGH OF HOMESTEAD, PENNSYLVANIA, ET AL., *ante,* p. 899;

No. 05–5386.   FERNANDEZ-PENA *v.* UNITED STATES, *ante,* p. 900;

No. 05–5398.   PACHINGER *v.* UNITED STATES, *ante,* p. 802;

No. 05–5437.   RAHEMAN *v.* UNITED STATES, *ante,* p. 902;

No. 05–5483.   TOTARO *v.* UNITED STATES, *ante,* p. 906;

No. 05–5499.   MURRAY *v.* MANN, *ante,* p. 907;

No. 05–5548.   NUNLEY *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 909;

No. 05–5550.   SEARLES *v.* RELIC ET AL., *ante,* p. 910;

No. 05–5589.   ROBINSON *v.* FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, *ante,* p. 941;

No. 05–5636.   HARRINGTON *v.* UNITED STATES, *ante,* p. 912;

No. 05–5672.   GOLDMAN *v.* FAIRBANKS CAPITAL CORP. ET AL., *ante,* p. 943;

No. 05–5673.  IN RE GARZA, *ante*, p. 810;

No. 05–5700.  BIROTTE *v.* GONZALES, ATTORNEY GENERAL, *ante*, p. 944;

No. 05–5719.  B. L. *v.* FRANKLIN COUNTY CHILDREN SERVICES, *ante*, p. 945;

No. 05–5783.  ABNEY *v.* UNITED STATES, *ante*, p. 916;

No. 05–5804.  CHIMNEY *v.* UNITED STATES, *ante*, p. 917;

No. 05–5888.  JIAYANG HUA *v.* UNIVERSITY OF UTAH ET AL., *ante*, p. 919;

No. 05–5930.  MONTALVO *v.* UNITED STATES, *ante*, p. 920;

No. 05–5937.  VAUGHAN *v.* UNITED STATES, *ante*, p. 921;

No. 05–5998.  COUNCE *v.* NORWOOD, WARDEN, *ante*, p. 923;

No. 05–6158.  GILFORD *v.* UNITED STATES, *ante*, p. 950;

No. 05–6190.  IN RE KORNAFEL, *ante*, p. 959;

No. 05–6192.  ZIED-CAMPBELL *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, *ante*, p. 965;

No. 05–6293.  TANNER *v.* UNITED STATES, *ante*, p. 954;

No. 05–6320.  RUBIO *v.* UNITED STATES; ALANIZ *v.* UNITED STATES; DE LA CRUZ *v.* UNITED STATES; GARCIA-RAMIREZ *v.* UNITED STATES; MUNOZ-TAPIA *v.* UNITED STATES; GONZALEZ *v.* UNITED STATES; and MUNIZ-HERNANDEZ *v.* UNITED STATES, *ante*, p. 956;

No. 05–6421.  SANTILLANA *v.* UNITED STATES, *ante*, p. 968; and

No. 05–6428.  ELIZARRARAZ *v.* UNITED STATES, *ante*, p. 968. Petitions for rehearing denied.

No. 04–1649.  SORO *v.* CITICORP, *ante*, p. 822.  Petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 04–10249.  HARDISON *v.* CAREY, WARDEN, *ante*, p. 928. Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

NOVEMBER 29, 2005

No. 05A487.  HICKS *v.* TAFT, GOVERNOR OF OHIO, ET AL.  Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.